HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MERT KUMAS,

          Petitioner,

    v.

PAMELA BONDI, *et al.*,

          Respondents.

CASE NO. 2:26-cv-00721-RAJ

ORDER

THE COURT has considered Petitioner Mert Kumas's motion for appointment of counsel.

IT IS ORDERED that the motion for appointment of counsel, Dkt. # 2, is GRANTED and Assistant Federal Public Defender Andrew D. Kennedy is appointed to represent Mert Kumas.

Dated this 10th day of March, 2026.

_____

The Honorable Richard A. Jones
United States District Judge

ORDER – 1